## GINGRAS v. RUSSIAN SYMPHONY SOCIETY.

(Supreme Court, Appellate Term. April 8, 1910.)

CORPORATIONS (§ 432*)—MEMBERSHIP CORPORATIONS—ACTION FOR SERVICE—EVIDENCE.

    In an action for services rendered a membership corporation, where plaintiff proved that he was employed to render services by the vice president of the defendant, but no evidence was offered to show that such person acted for the defendant, or was authorized so to act, it was insufficient to sustain judgment for plaintiff.

    [Ed. Note.—For other cases, see Corporations, Cent. Dig. § 1730; Dec. Dig. § 432.*]

Appeal from Municipal Court, Borough of Manhattan, Fifth District.

Action by Ulric Gingras against the Russian Symphony Society. From a judgment for plaintiff, defendant appeals. Reversed, and new trial ordered.

Argued before SEABURY, LEHMAN, and GAVEGAN, JJ.

Flannagan & Erskine (H. Gerald Chapin, of counsel), for appellant. Adolph M. Schwarz (James Liebling, of counsel), for respondent.

SEABURY, J. The defendant is a membership corporation organized under the laws of the state of New York. The plaintiff, a musician, has recovered judgment against it for services which he

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

alleged he rendered. The plaintiff proved that he was employed to render services by one Jacob Altschuler, and that Altschuler was vice president of the defendant. No evidence was offered to show that Altschuler acted on behalf of the defendant, or that he was duly authorized so to act. An examination of the record also shows that the plaintiff failed to prove any cause of action against the defendant.

Judgment reversed, and new trial ordered, with costs to appellant to abide the event.

LEHMAN, J., concurs. GAVEGAN, J., taking no part.